# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-CV-03773-RGK-JPR | Date | August 4, 2020 |
|---|---|---|---|
| Title | ***KIRSCH RESEARCH AND DEVELOPMENT, LLC v. EPILAY, INC.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Defendant's Motion to Stay Case Pending U.S. International Trade Commission Investigation (DE 19)**

Having read and considered the parties' arguments, the Court hereby **GRANTS** Defendant's motion. The Court **STAYS** the action in its entirety pending final determination by the International Trade Commission as to the '251 Patent, for the purposes of judicial economy and to avoid duplicative proceedings.

**IT IS SO ORDERED.**

:

Initials of Preparer