# EXHIBIT 3

**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

JAMES C. YOON
Internet: JYOON@wsgr.com
Direct dial: 650-320-4726

November 30, 2021

Martin J. Black
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
martin.black@dechert.com

  Re: **Response to Gatekeeper's October 13, 2021 Correspondence**

Dear Marty:

  Thank you for your email and communications. Per our email exchange, I am writing to provide you with Rocateq International B.V. and Rocateq USA, LLC's (collectively, "Rocateq") response to your October 13, 2021 email (the "Email") regarding Gatekeeper Systems Inc.'s ("Gatekeeper") allegations of patent infringement concerning U.S. Patent Nos. 8,463,540 (the "'540 Patent), 9,091,551 (the "'551 Patent"), and 9,637,151 (the "'151 Patent") (collectively, "the Gatekeeper Patents").

  We have reviewed your claims charts comparing the Gatekeeper Patents to Rocateq's Check Out Security System. Although we continue to investigate Gatekeeper's infringement allegations, Rocateq maintains that none of its products, including but not limited to the Rocateq Check Out Security, infringe the Gatekeeper Patents. Nonetheless, Rocateq respects intellectual property and would prefer to resolve any issues regarding intellectual property with Gatekeeper through discussion.

  In the interest of having productive discussions, please note that, based on an initial review of additional prior art, Rocateq continues to have good reason to believe that the Gatekeeper Patents are invalid as anticipated and/or rendered obvious by the prior art. For example, WO 2001/027891 A1 to Beart ("Beart") discloses a security system for monitoring the movement of articles, such as shopping carts, within the boundaries of a retail store. Similarly, U.S. Patent No. 5,806,862 to Merryman ("Merryman") discloses a braking device for the wheels of a shopping cart, which causes the wheels of the cart to lock when it goes beyond a designated area. U.S. Patent No. 6,125,972 to French ("French") discloses a locking device for a shopping cart, which locks the cart's wheels in response to a signal that the cart has gone beyond a designated area.

WILSON SONSINI

Martin J. Black
November 30, 2021
Page 2

      Attached here as Exhibit A are claim charts comparing Beart, Merryman, and French to the claims of the Gatekeeper Patents that Gatekeeper contends Rocateq infringes.  Copies of the Beart, Merryman, and French references are attached as Exhibits B-D.

      Please let me know when you are available to discuss the draft Rule 408 agreement and next steps.  I am available from 2:00PM – 5:00PM Pacific on December 8, 2021 and from 11:00AM – 3:00PM Pacific on December 9, 2021.

      Sincerely,

      WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

      */s/ James C. Yoon*

      James C. Yoon