# EXHIBIT 5

**From:** Yoon, James <JYoon@wsgr.com>
**Sent:** Thursday, March 9, 2023 2:15 PM
**To:** Song, Michael <Michael.Song@dechert.com>; Desai, Neil <ndesai@wsgr.com>; Ward, Jennifer <jward@wsgr.com>; Ramos, Kathie <kramos@wsgr.com>
**Cc:** Black, Martin <martin.black@dechert.com>; Hsu, Charles <Charles.Hsu@dechert.com>; Bellin, Judah <Judah.Bellin@dechert.com>; Horner, Andrew <andrew.horner@dechert.com>; Ramos, Kathie <kramos@wsgr.com>
**Subject:** Re: ITC complaint

Michael,

I assume that you agree that the CD Cal case will be stayed pending resolution of the ITC case.

We should note that the ITC case was filed in the Rule 26(f) report and that the case will be stayed upon institution of the ITC case.

Jim

James Yoon
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-320-4726 (Direct)
650-714-8493 (Cell #1: Normal Work Cell)
650-229-2649 (Cell #2: Remote Work Cell)
Email: jyoon@wsgr.com

**From:** Song, Michael <Michael.Song@dechert.com>
**Date:** Thursday, March 9, 2023 at 12:30 PM
**To:** Yoon, James <JYoon@wsgr.com>, Desai, Neil <ndesai@wsgr.com>, Ward, Jennifer <jward@wsgr.com>, Ramos, Kathie <kramos@wsgr.com>
**Cc:** Black, Martin <martin.black@dechert.com>, Hsu, Charles <Charles.Hsu@dechert.com>, Bellin, Judah <Judah.Bellin@dechert.com>, Horner, Andrew <andrew.horner@dechert.com>
**Subject:** ITC complaint

EXT - michael.song@dechert.com

1

Jim,

As a heads up, Gatekeeper has filed a complaint in the ITC.

Best regards,
Mike


S. Michael Song
Dechert LLP
3000 El Camino Real
Five Palo Alto Square, #650
Palo Alto, CA 94306
650 813 4813 Direct
michael.song@dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.