# EXHIBIT 6

4/19/23, 11:46 PM
Section 337 Statistics: Average Length of Investigations | United States International Trade Commission

Case 8:22-cv-02092-FWS-KES   Document 33-2   Filed 04/27/23   Page 2 of 5   Page ID #:567

  An official website of the United States government. Here's how you know



Search www.usitc.gov for...    go

Home / Investigations / Section 337 / Section 337 Statistics: Average Length of Investigations

# SECTION 337 STATISTICS: AVERAGE LENGTH OF INVESTIGATIONS

CONTACT US

Updated: 04/12/2023

**Average Length of Investigations by Fiscal Year, Completion Time (in Months) (Updated Quarterly)**

| Fiscal Year | Completed on Merits[a] | Shortest[a] | Longest[a] | Average[a] | Average for all Inv[c] |
|---|---|---|---|---|---|
| 2006 | 12 | 3.5 | 19.0 | 12.0 | 11.2 |
| 2007 | 12 | 8.0 | 23.5 | 16.6 | 12.0 |
| 2008 | 15 | 6.0 | 28.0 | 16.7 | 13.2 |
| 2009 | 16 | 3.5 | 28.5 | 17.9 | 10.4 |
| 2010 | 22[b] | 6.4 | 25.4 | 18.4 | 12.5 |



| Fiscal Year | Completed on Merits[a] | Shortest[a] | Longest[a] | Average[a] | Average for all Inv[c] |
|---|---|---|---|---|---|
| 2012 | 22 | 2.6 | 28.9 | 16.7 | 12.6 |
| 2013 | 21 | 4.3 | 30.1 | 19.7 | 13.3 |
| 2014 | 18 | 7.4 | 23.9 | 17.1 | 13.9 |
| 2015 | 11 | 5.6 | 21.9 | 15.6 | 11.4 |
| 2016 | 16 | 4.4 | 21 | 15.8 | 10.8 |
| 2017 | 16 | 3.7 | 27.2 | 15.1 | 10.3 |
| 2018 | 21 | 5.3 | 21.4 | 15.85 | 11.2 |
| 2019 | 22 | 9.4 | 29.3 | 17.7 | 14.1 |
| 2020 | 35 | 8.2 | 28.1 | 18.6 | 15.3 |
| 2021 | 18 | 8.1 | 29.8 | 18.2 | 11.8 |
| 2022 | 36 | 5.5 | 27.42 | 17.1 | 12.8 |
| Q2 2023 | 17 | 5.6 | 24.6 | 17.8 | 13.4 |

Source: USITC, *Annual Performance Plan FY2014-2015* and *Annual Performance Report*, FY2013; USITC, *Annual Performance Plan FY2015–2016* and *Annual Performance Report*, FY 2014; USITC, EDIS.

a Includes investigations in which the Commission rendered a final determination on the merits as to a violation.

b FY 2010 data exclude an anomalous case pending since 2004, which took 79 months to complete because of a subpoena enforcement issue.

c The average on this column represents all investigations completed during the period, including terminations based on settlements, consent orders, complaint withdrawals and merit-based final determinations.

## CONTACT INFORMATION

U.S. International Trade Commission
500 E Street, SW
Washington, D.C., 20436
202.205.2000 TDD 202.205.1810

Contact Us
Hours & Directions
Organizational Chart
Media Inquiries

## INDEPENDENT REPORTING

Office of Inspector General
Office of Inspector General Hotline

## SITE HELP

Acronyms
FAQs
Glossary
Site Guide

## GOVERNMENT

U.S. Customs and Border Protection
Office of the U.S. Trade Representative
Export.gov

## POLICY & GUIDANCE

Accessibility
Disclaimer
Ethics



4/19/23, 12:46 PM
Section 337 Statistics: Average Length of Investigations | United States International Trade Commission

Case 8:22-cv-02092-FWS-KES   Document 33-2   Filed 04/27/23   Page 5 of 5   Page ID #:570

FOIA
No FEAR Act
Open Data
Plain Writing
Privacy Policy
Vulnerability Disclosure

## CAREERS

Jobs
Internships

