# EXHIBIT 11

# Hsu, Charles

| | |
|---|---|
| **From:** | Song, Michael |
| **Sent:** | Tuesday, April 11, 2023 5:12 PM |
| **To:** | Desai, Neil; Hsu, Charles; GatekeeperRocateqDechert |
| **Cc:** | WSGR - Rocateq-ITC |
| **Subject:** | RE: Gatekeeper v. Rocateq (C.D. Cal.): conferral re motion to stay |

Jim, Neil, when will Rocateq send comments on the protective order? It has been 11 days.

Best regards,
Mike

---

**From:** Desai, Neil <ndesai@wsgr.com>
**Sent:** Monday, April 10, 2023 5:46 PM
**To:** Song, Michael <Michael.Song@dechert.com>; Hsu, Charles <Charles.Hsu@dechert.com>; GatekeeperRocateqDechert <gatekeeperrocateq@dechert.com>
**Cc:** WSGR - Rocateq-ITC <rocateq-itc@wsgr.com>
**Subject:** RE: Gatekeeper v. Rocateq (C.D. Cal.): conferral re motion to stay

[EXTERNAL EMAIL]

Mike,

Let's do 4:30 pm PT. I will send around a calendar invite.

**Neil Desai | Wilson Sonsini**
T 323.210.2912 | ndesai@wsgr.com

---

**From:** Song, Michael <Michael.Song@dechert.com>
**Sent:** Monday, April 10, 2023 2:03 PM
**To:** Desai, Neil <ndesai@wsgr.com>; Hsu, Charles <Charles.Hsu@dechert.com>; GatekeeperRocateqDechert <gatekeeperrocateq@dechert.com>
**Cc:** WSGR - Rocateq-ITC <rocateq-itc@wsgr.com>
**Subject:** RE: Gatekeeper v. Rocateq (C.D. Cal.): conferral re motion to stay

EXT - michael.song@dechert.com

---

Neil,

We are generally available tomorrow for a meet and confer on the motion. Please also send comments today on the protective order and we can finalize that on the call as well.

Best regards,
Mike

**From:** Desai, Neil <ndesai@wsgr.com>
**Sent:** Monday, April 10, 2023 1:29 PM
**To:** Song, Michael <Michael.Song@dechert.com>; Hsu, Charles <Charles.Hsu@dechert.com>; GatekeeperRocateqDechert <gatekeeperrocateq@dechert.com>
**Cc:** WSGR - Rocateq-ITC <rocateq-itc@wsgr.com>
**Subject:** Gatekeeper v. Rocateq (C.D. Cal.): conferral re motion to stay

[EXTERNAL EMAIL]

Counsel,

Now that the ITC has instituted the investigation, Rocateq plans to move the district court to stay the parallel action on mandatory and discretionary grounds.

Please let us know if you would like to meet and confer again regarding the planned motion to stay, or whether you feel that our prior communications re a stay have satisfied our meet and confer obligations.

Thanks in advance,

**Neil Desai | Wilson Sonsini**
T 323.210.2912 | ndesai@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.